**Kenneth B. LEWIS, Petitioner—Appellant,**

v.

**E.E. WRIGHT, Jr., Warden, Brunswick Correctional Center, Respondent—Appellee.**

No. 03–6888.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 22, 2003.

Decided Nov. 10, 2003.

Andrea Celestine Long, Boone, Beale, Cosby & Long, Richmond, Virginia, for Appellant.

John H. McLees, Jr., Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

Kenneth B. Lewis seeks to appeal the district court's order denying his 28 U.S.C. § 2254 (2000) petition. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, *see* Fed. R.App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson*, 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on April 29, 2003. Lewis's notice of appeal was filed by counsel on June 2, 2003. Lewis failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period. We accordingly dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*